Exhibit A



**tyco** Electronics

**FLEXIBLE SOLUTIONS**
*from Electronics Assembly Automation*

Graphic Solutions Inc.
Burr Ridge, Il
August 17, 2004
Page _1_ of _5_

QUOTATION #Budgetary 0804-862

RFQ # 203128 rev2
EAR # 2522

**Requirement:**
   Quotation covering the design and fabrication of standard equipment, custom tooling, and optional features to configure a Reel to Reel RFID Assembly line per the specifications of Graphic Solutions Inc.

**Proposal:**
- The proposed Tyco APS-RFID 3000 Reel to Reel Assembly System will be capable of producing RFID labels on a 20" wide web at a rate of 3000 3.14" x 4.72" labels per hour, picking die directly from wafer using Wafer Mapping. The same line will be capable of producing RFID labels picking die from tape at a rate of up to 3800 labels per hour, depending on the density of the array. Per the customer's request, the initial line is configured with one Die Placement Module, maintaining the ability to add capacity in the future.
   Please refer to the attached Feasibility Study for system details.



Graphic Solutions Inc.
Burr Ridge, Il
August 17, 2004
Page _2_ of _5_

QUOTATION #Budgetary 0804-862

Tyco RFID 3000 Reel-to-Reel RFID Assembly System
Manufacturing Charge Including:

- 
- (1) Web Reel Unwind Module
- (2) Web Drive Modules
- (1) Custom Dispense Module
  - Including:
    - Custom Vacuum Web Support
- (1) Custom QSP-2 Assembly System
  - Including:
    - (2) Custom Battery Feeders
    - (1) Custom Conductive Tape Label Feeder
    - Custom Vacuum Web Support
- (1) Custom APS-1 Assembly System
  - Including:
    - Wafer Presentation
    - Wafer Mapping
    - Small Die Kit
    - Custom Vacuum Web Support
- (1) Custom Thermo compression Cure Station
  - Including:
    - Individual Thermodes for 20 die placements.
    - Heat and Pressure Control per Specification
- (1) Web Reel Re-reel Module
- (1) Integrated Control System
- Material Assembly, Integration, and Test

**Total Manufacturing Charge**------------------------------------------------------ $1,008,325.00

**Total Selling Price**----------------------------------------------------------------$1,008,325.00

**Delivery:**
- 16-20 weeks ARO.



Graphic Solutions Inc.
Burr Ridge, Il
August 17, 2004                                    QUOTATION #Budgetary0804-862
Page _3_ of _5_

**Custom Tooling Charge Including:**

**Engineering Charge (NRE):**
- Custom design and documentation------------128 hours @ $175.00----$22,400.00
  - Includes:
  - Custom Battery Feeder design
  - Custom Label Feeder design
  - Custom Battery Nozzle design
  - Custom Conductive Tape Label Nozzle design

- Total NRE-------------------------------------------------------------------
  $22,400.00

**Manufacturing Charge: (Note: prices are sell price)**
Includes:
- (2) Custom Battery Feeders-------------------------------------------------$45,200.00
- (1) Custom Conductive Tape Label Feeder---------------------------------$11,500.00
- (2) Custom Battery Nozzles-------------------------------------------------
  $1,050.00
- (2) Custom Conductive Tape Label Nozzles--------------------------------$1,050.00
- System Assembly and Test

Total Manufacturing Charge----------------------------------------------------
$58,800.00

**Recommended Selling Price:**
- NRE-------------------------------------------------------------------------
  $22,400.00
- Material Charge--------------------------------------------------------------
$58,800.00
**Total selling price**--------------------------------------------------------
$81,200.00

3



Graphic Solutions Inc.
Burr Ridge, Il
August 17, 2004
Page  4  of  5

QUOTATION #Budgetary 0804-862

Total System Pricing

- Total System Charge -------------------------------------------------- $1,008,325.00

- Total Specials NRE Charge --------------------------------------------- $22,400.00

- Total Specials Material Charge ---------------------------------------- $58,800.00

- Proposed System Total Price ------------------------------------------
  $1,089,525.00

**Delivery:**
- 16-20 weeks ARO.
-

**Alternate Terms:**

5-Year Capital Lease:
- Monthly payment of $23,150.00 based on 2 advance payments followed by 58 monthly payments.

3-Year Capital Lease:
- Monthly payment of $35,156.00 based on 2 advance payments followed by 34 monthly payments.

2-Year Capital Lease:
- Monthly payment of $50,277.00 based on 2 advance payments followed by 34 monthly payments.

4



Graphic Solutions Inc.
Burr Ridge, Il
August 17, 2004
Page  5  of  5

QUOTATION #Budgetary 0804-862

Notes:

1. All customer specific process material, as well as an agreed upon buyoff specification, must be in the possession of the Tyco Electronics Applications department prior to order acceptance.

2. All customer specific buyoff material must have been received by Tyco Electronics fourteen weeks prior to the shipment date to allow for evaluation and test.

3. Expedited delivery charges may be quoted, based upon the delivery date required.



# Introducing the Tyco Electronics Reel to Reel RFID Assembly System



**Reel to Reel RFID System Features:**

- Throughput up to 9000 cph
- Full 20" Wide Web Process Capability
- 12 micron placement repeatability ± 3 sigma (process dependent)
- Passive or Active Designs
- Direct Die Pick From Wafer down to .008"
- Positive Displacement Dispense Technology
- Modular Construction Allowing for Future Capacity Expansion
- Fully Capable of Placing Ancillary Components such as Batteries.
- Capable of Tape and Reel Die Placement
- Full Closed Loop Process Control of Individual Thermodes including:
  - Lower Thermode Temperature
  - Upper Thermode Temperature
  - Fully Adjustable Thermode Pressure
  - Fully Programmable Cycle Timer
  - SPC Data Capture

Tyco Electronics Corporation, Automation Group.
Willow Grove, PA 19090; Phone: 215-657-6202; Fax: 215-657-6356;
E-mail: raagsales@tycoelectronics.com
www.automation.tycoelectronics.com

TYCO is a trademark.


*Electronics*