**Exhibit B**

Confidential   Page 1   Chip Mounter Spec - TYCO v8.1
Highlighted .doc

# Specification: PowerID Assembly Line



Confidential          Page 2          Chip Mounter Spec - TYCO v8.1
Highlighted .doc

# 1 OVERVIEW

## 1.1 Material handling flexibility in form-factor and process:

Various shapes of Labels and different antenna sizes need to be produced with a maximum of throughput and without geometric limitations by the production assembly line.

Due to the fact that different substrate materials (e.g. PET or Paper), and other different antenna and device mounting materials with different specific viscosity and curing times are applied, the accuracy of chip attachment and finally the yield is influenced by the transport conditions between the individual process-stations: therefore, full assembly flexibility must be provided. With a working area of 500 mm. wide, all usual antennas sizes and antenna shapes must be capable of being produced with a maximum of throughput. For a flexible use of the equipment, the setup parameters of each produced material must be stored and capable of being loaded in a minimum setup or changeover time in the equipment.

## 1.2 Thin materials

Labels are used in applications where they will soon need to become thinner and smaller. The trend for thinner substrates, down to 3 mil (75 μm.), and smaller RFID-chips, down to 0.5 x 0.5 mm, and with a thickness of silicon down to less than 20 microns brings cost benefits and new applications for thinner and more flexible products. Therefore, this equipment should be prepared to follow these trends. The substrate transport of the equipment must be prepared for substrates like PET or Paper with thicknesses down to 50 microns. The handling of extremely thin dice down to 20 micron should also be provided for.

## 1.3 Adhesive Application

The substrate/printed antenna area is quite undefined in shape and adhesive deposition field will vary in size and volume. Allowances will need to be readily made by the machine to allow for a full range of adhesive placement and volume requirements.



### 1.4 Battery mounting

The battery placement module die-cuts the good batteries from a z-folded battery web input and places the batteries on the circuit substrate, and then cuts and places a conductive tape piece on the batteries. Bad batteries will be marked as bad on the web going into the battery-mounting module and will be rejected for placement by the assembly line.

### 1.5 Wafer handling

The dice are supplied in wafers from various semiconductor companies. The optimum setup of die picking and die handling processes needs to be resident within the equipment, and not the operator. The machine should be capable of using one 8 inch or one 6 inch wafer per flip chip placement module. Changeover for previously taught wafers should be able to be accomplished in less than 5 minutes by a vendor-trained operator First time changeover to a previously untaught wafer will be approximately 20 minutes.

### 1.6 Flip chip placement accuracy

With the equipment threaded with the flexible antenna web material, the machine will assemble and bond bare die from a wafer onto all antennas. The attachment of the die is done at high speed and with high placement accuracy by the equipment's internal vision and computing tools. To insure the precise placement accuracy on a flexible web, the equipment must measure each bond position (bond pads) and also the orientation of each chip before it is attached onto the bond pads (x, y, and Θ). The equipment should be equipped with adequate high performance vision/camera systems to measure each bond position and each chip orientation before placement. The equipment must apply the calculated correction coordinates to insure high accuracy placement. If global fiducials are to be used for mounting, their accuracy must be specified within current print and repeat tolerances.

### 1.7 Final component bonding with individual thermodes

One very important requirement for the component bond and curing process step is the planarity between the components and antenna web and a well-defined bond force on each individual component. Thermode planarity must be



Confidential          Page 4          Chip Mounter Spec - TYCO v8.1
Highlighted .doc

optimized for each component to insure reliability. Planarity is a very important factor to process the bond connection; it should be noted that component cracks are avoided by an optimized planarity. Thermodes shall be mounted on both sides of the substrate. The equipment design shall utilize a rapid changeover, fixed plate configuration that allows for the fastest possible changeover between products. Thermode bond temperature, bond time, and pressure forces for semiconductor die shall be individually thermode adjustable. Thermodes for the batteries and passive components do not require the same pressure force control requirements, and will not be under transducer control unless quoted as an option. These non-pressure controlled thermodes may also be programmed as a group. The working area of the thermode module assembly shall be the same as the chip/SMD placement area so as to allow the highest speed system. The design must incorporate a thermode cleaning system to avoid adhesive contamination of any thermode, having performance of equal or greater performance characteristics to the moving tape design.

## 1.8   Process control testing RFID tester for process control

The testing of all produced RFID transponders with various RFID-chips is a necessary requirement for a 100% control of output labels. The function of the labels must be tested for all different web layouts and allow a short changeover time between different antenna webs. The equipment must be capable of stable measurements. A provision shall be made for a wireless test system, which will be specified by GSI in accordance with customer requirements for RFID standard protocols. The test of the complete, assembled passive or battery-assisted label must be wireless. The test system should also allow for a contact needle test system for the battery, which should be specified mutually by GSI and the chosen vendor. This position must be available within the production line, but the testing equipment assemblies will be priced as an option, to be quoted later.

## 1.9   Production configuration for active and passive inlets
The concept of the equipment is designed for optimized handling and manufacturing of semi-active and passive labels. The chip assembly process and the battery assembly process must be capable of operating independently from each other.



Confidential          Page 5          Chip Mounter Spec - TYCO v8.1
Highlighted .doc

## 2    GENERAL DESCRIPTION

The assembly capacity must be up to the maximum numbers of labels per hour and include all operation and repair manuals in English. The machine is designed as a reel-to-reel assembly line for production of Label Inlets. The antenna substrate tape is transported step-by-step. The substrate tape is fixed by vacuum while the process is running. An automatic tape tension control system keeps the substrate tape tension constant.

### 2.1    Sequence of the line layout:

- Roll Unwinder
- Input Module
- Adhesive Module (with at least two types simultaneously possible)
- Battery Placement diecut and insertion module (with conductive tape placement)
- Flip chip mounting module (with simultaneous SMD capabilities)
- Thermode module
- Testing Module
- Output Module (including slitting and z-folding, to be quoted as an option)

### 2.2    Overview of Modules

2.2.1  The **UNWINDER MODULE** is loaded with the substrate reel, and fixed with a pneumatic clamping mechanism. A splicing table is integrated to connect the new antenna role to the end of the preceding antenna role. For precise web alignment, a web guiding system must be included. The alignment mechanism shall work without any special fiducials or sprocket holes. This functionality may either be a part of the UNWINDER MODULE, or included within the INPUT MODULE.

2.2.2  The **INPUT MODULE** transports the antenna web tape from the input reel to the adhesive placement module. A web guide system ensures correct positioning of antenna substrate tape.

2.2.3  The **ADHESIVE MODULE** system attaches the Anisotropic Conducting Paste (ACP) and/or the Nonconductive Paste (NCP) onto the bond positions of antenna substrate tape.



2.2.4 The **BATTERY PLACEMENT** module die-cuts the good batteries from a z-folded battery web and places the batteries on the circuit substrate and cuts and places a conductive tape piece on the batteries. Bad batteries will be marked as bad on the web going into the battery-mounting module and will be rejected for placement by the assembly line.

2.2.5 The **CHIP PLACEMENT MODULE** picks the dice from the wafer, flips them by 180 degrees, transports them to the bond position and places them onto the antenna substrate tape, and also places SMDs from tape magazines.

2.2.6 The **THERMODE MODULE** with top/bottom thermode units then electrically interconnects the dice and batteries with the antenna, i.e. cures the ACP or NCP adhesive by using thermodes. (Heat, pressure, and time).

2.2.7 The **TEST MODULE** checks the function of the assembled RFID-transponder with a reader-system. (Functional go/no-go test). This function will be later specified by GSI and quoted separately as an option.

2.2.8 The standard output of the line is an **OUTPUT MODULE**, which slits the antenna web and fanfolds (z-folds) it into a magazine. This function will be later specified and quoted separately as an option.

# 3   PERFORMANCE SPECIFICATIONS

The described equipment is used to produce RFID Labels Inlets for wireless transmission systems. The line works with printable adhesives ACP or NCP and the following input materials:

## 3.1   Substrate tape:

3.1.1 Materials:   various polymers, e.g. PET, PET-G or suitable paper.

3.1.2 Conductive material:   various conductive inks and conductive pastes.

3.1.3 Maximum roll width:   500 mm.



Confidential        Page 7        Chip Mounter Spec - TYCO v8.1
Highlighted .doc

3.1.4  Substrate Thickness:  50 µm. to 250 µm. *

3.1.5  Inner diameter of reel:  3" (76,2mm),  6" (Optional)

3.1.6  Maximum outside diameter of rolls:  600 mm.

3.1.7  Pitch cross direction (y):  down to 20 mm.

3.1.8  Pitch transport direction (x):  down to 20 mm.

### 3.2   Semiconductor Wafer material:

3.2.1  Wafer size:  8" or 6" (mounted on a standard frame).

3.2.2  Dimension of each die:  0.5 x 0.5 mm. up to 2 x 2 mm.*

3.2.3  Thickness of die:  20 µm. up to 200 µm.*

3.2.4  Wafer mapping:  protocols for all known standards (possessed by Tyco), and at least one GSI selected standard for RFID IC's will be included.

*The described material types and sizes represent the range of specifications.

### 3.3   Component Adhesive:

3.3.1  Adhesives: ACP, NCP and other printable component adhesives.

3.3.2  Placement accuracy for adhesive:  ≤ 200 µm.

3.3.3  Thickness for paste deposit:  variable from 25 µm. to 100 µm.

### 3.4   Performance

3.4.1  Assembly Line Throughput:
- 3,000 labels per hour (throughput is specified with a web layout with up to 8 antennas in series per row in the cross direction (Y) for a minimum of 20 inlays, and a maximum machine cycle time of 10 sec.
- Throughput numbers are based on 2 printed fiducials per panel.
- Accuracy of the printed substrate will be to standard screen print tolerances.
- Placement rates are typically +- 10%.



Confidential　　　　　Page 8　　　Chip Mounter Spec - TYCO v8.1
Highlighted .doc

3.4.2 Line Availability / Uptime: ≥ 93% for the entire line.

3.4.3 Machine related yield: ≥ 97%

### 3.5 Chip/SMD Placement Specifications

3.5.1 Placement repeatability: ± 85 µm, 3 δ (Sigma).

3.5.2 Standard die sizes: 0.5 mm. x 0.5 mm up to 2 mm. x 2 mm.

3.5.3 Die thickness range: 20 µm. to 200 µm.

3.5.4 Label Throughput: 3,000 or more per hour.

3.5.5 Placement accuracy for batteries: ± 250 µm.

3.5.6 Placement accuracy for conductive strips: ± 250 µm.

### 3.6 Specification for programmable thermodes

3.6.1 Bond force: 2 N. to 9 N.

3.6.2 Temperature adjustment: up to 300 °C, tolerance ± 3 °C.

3.6.3 Process time: fully programmable.

3.6.4 Thermode set: one bottom set, and one top set of thermodes consisting of 20 thermode sets delivered with the machine. Additional thermodes to be quoted.

3.6.5 Complete thermode container for bottom set of thermodes.

3.6.6 Complete thermode container for top set of thermodes.

### 3.7 Test Module(TBD)

Modular and flexible system for wireless of the produced Label inlets with various RFID chips.



Confidential          Page 9          Chip Mounter Spec - TYCO v8.1
Highlighted .doc

A provision shall be made for a wireless test system, which will be specified by GSI in accordance with customer requirements for RFID standard protocols. The test of the complete, assembled passive or battery-assisted label must be wireless. The test system should also allow for a contact needle test system for the battery, which should be specified mutually by GSI and the chosen vendor. This position must be available within the production line, but the testing equipment assemblies will be priced as an option, to be quoted later. Bad labels must be marked as bad with an x-/y- movable ink-jet.

### 3.8  Output module

3.8.1  The standard output of the line is an **OUTPUT MODULE**, which slits the antenna web and fanfolds (z-folds) it into a magazine. The Slitting Module is designed to cut the web into single rows. It should be equipped with 9 knives for 8 rows, to allow 30 mm. minimum strips, and shall allow custom, variable operator configuration. A web guiding system shall be integrated before the Slitting Module to ensure a precise tape alignment. The bending edges of the antenna tapes shall be perforated before z-folding. The folded material must be stacked in an output stacking magazine. After the programmable number of folds of the tape is completed, the tape must then be cut by an integrated cross-cutting unit. The output magazine should be changed automatically after reaching the pre-programmed number of folds. This feature must be usable in addition to a basic re-winder. This function will be later specified and quoted separately as an option.

### 3.9  Options

Wafer mapping protocols for all known standards, and at least one GSI selected standard for RFID IC's will be included.

## 4  ACCEPTANCE, WARRANTY, AND OTHER

### 4.1 Warranty:

There shall be a vendor warranty of 12 months starting at the day of acceptance at GSI's premises. The vendor must guarantee compliance with all of the



Confidential        Page 10        Chip Mounter Spec - TYCO v8.1
Highlighted .doc

parameters specified herein. Normal wear parts are not included. Claims will be according to product liability law of the United States

### 4.2 Acceptance test at GSI

Functional tests will be conducted after installation at GSI according to the parameters and specifications contained herein. The functional test comprises:
- *Machine functioning
- *Conformity to the order
- *Throughput conformity

A signed agreement concludes the acceptance tests and determines the Warranty start date.

### 4.3 Production Material for acceptance tests at GSI:

All necessary material for 5 hours of final performance test of the machines, plus 1 hour for the acceptance test at GSI, and for 2 hours for debugging the installation shall be provided by GSI.

The necessary materials for machine test and acceptance test at the vendor's site have to be supplied by GSI at least 16 weeks before scheduled acceptance test at GSI

### 4.4 Ownership risk

Ownership risk shall pass to GSI upon signing the equipment acceptance test agreement at GSI's facility at 311 Shore Drive, Burr Ridge, Illinois, 60527. Partial deliveries are allowable, if considered reasonable by GSI.

### 4.5 This equipment must include:

- English language documentation.
- Service and maintenance agreement.
- Vendor test materials.

