**Exhibit C**

# Purchase Order

Graphic Solutions Intl., LLC
311 Shore Drive
Burr Ridge, IL 60527-5859
Phone 630-325-8181  Fax 630-325-8197 Purch Fax
630-325-2597

| P/O Number | Page |
|---|---|
| 18048 | 1 |

| P/O Date | Order Type | Chg/Can |
|---|---|---|
| 12/06/2004 | | Reprint |

**ORDERED FROM**
000000001012
TYCO ELECTRONICS CORPORATION
AUTOMATION GROUP
WILLOW GROVE, PA 19090
Phone: 2156576202  Fax: 2157844548
830-9322

**SHIP TO**
Graphic Solutions Intl., LLC
311 Shore Drive
Burr Ridge, IL 60527-5859

| Buyer | Terms | Ack. | Conf | FOB | Ship Via | COL/PPD |
|---|---|---|---|---|---|---|
| | NET 30 | | | | | |

| Line | Quantity | UOM | Our Item # | Your Item # | Unit Price | Req Date | Can |
|---|---|---|---|---|---|---|---|
| 1 | 1.00 | EA | | | 1,078,629.750 EA | 06/01/2005 | Change |
| | | | | | Extended Amount = 1,078,629.75 | | |

Per your quotation # Budgetary 0804-862.
This order is subject to the specification document ("CHIP MOUNTER SPEC-TYCO V.8.1")
previously submitted to and accepted by Alan Strassmann.
Delivery date is 26 weeks from date of original PO (12/06/2004)

Approved By: LEAHY

  * PLEASE NOTE:  VENDOR INVOICE MUST CONTAIN REFERENCE TO P.O. NUMBER  18048 *

Total Extended Amount = $1,078,629.75

ORDERED BY [signature]