**Exhibit D**



# Tyco Electronics Automation Group
# Purchase Order Response

| | |
|---|---|
| **Date:** | 12/7/04 |
| **Customer:** | Graphic Solutions Inc. |
| **Contact:** | Mr. Bob Zaccone II |
| | Bob.Zaccone@graphicsolutionsinc.com |
| | Mr. Jim Parker |
| | Jim.Parker@graphicsolutionsinc.com |
| | Mr. Ed Leahy |
| | Ed.Leahy@graphicsolutionsinc.com |
| | Mr. Steve Sanderson |
| | Steve.Sanderson@graphicsolutionsinc.com |
| **Location:** | Graphic Solutions Inc |
| | 311 Shore Drive |
| | Burr Ridge, IL 60527-5859 |
| **Revision:** | 1 |
| **Topic:** | **Response to Graphic Solutions PO #18048** |

Gentlemen:

Thank you for the Purchase Order response to our proposal for your RFID Inlay Assembly System. Please review the following response to your PowerID Assembly Line Specification rev 5.0, which was referenced in the purchase order, and give me a call at your earliest convenience with any questions that you may have. I do not have an electronic copy of the document, and will respond referencing numbered sections contained within your rev. 5.0 specification.



## Purchase Order

- Revise delivery date to 26 weeks ARO (accepted PO) per previous communication.

## Graphic Solutions
## PowerID Assembly Line Specification rev 5.0

1. Overview

1.1 Material handling flexibility in form-factor and process:
Accept / Clarification
All usual form factors are contained within the web matrices analysis previously supplied to
Graphic Solutions. This contained industry standard, maximum size inlay conditions.

1.2 Thin materials:
Accept / Clarification
The material handling system is specified for substrate material down to 50 microns. Samples
of specialized material are requested for analysis by the selected web handling equipment
vendors.

1.3 Adhesive Application:
Accept

1.4 Battery Mounting:
Exception
Per our discussions, batteries will be pre-marked by the manufacturer with a reject mark of a
predetermined color, size, and shape prior to presentation to the battery feeder.

1.5 Wafer Handling
Accept / Clarification
Accept for changeover of wafers with pre-taught parameters. First time changeover to a
previously untaught wafer will be approximately 20 minutes.

1.6 Flip Chip placement accuracy
Accept / Clarification
The system is capable of measuring every bond site prior to placement, however as was
discussed, there will be a reduction in throughput if checking every local fiducial is required.
During the demonstrations, ensuring the proper bond pad size and print accuracy was discussed
to reduce the numbers of local fiducial finds and ensure optimum system throughput.



1.7 Final component bonding with individual thermodes
Accept / Clarification
The design of the thermo-compression station utilizes individual thermodes exhibiting the required characteristics for excellent process control. The quoted design utilizes a rapid changeover, fixed plate configuration that allows for the fastest possible changeover between products. It does not have individually positionable thermodes, which would increase the changeover time substantially.
The thermodes are individually compensating for temperature and pressure control. The design will also incorporate a thermode cleaning system to avoid adhesive contamination of any thermode, of equal or greater performance characteristics to the moving tape design.

1.8 Process control testing RFID tester for process control
Exception:
The inlay tester has not been quoted, and is not part of the quotation provided to Graphic Solutions. As was previously discussed, upon receipt of the selected test equipment from Graphic Solutions, the test station integration price and delivery will be quoted

1.9 Production configuration for active and passive inlets
Accept

2.0 General Description

2.1 Sequence of the line layout
Exception:
The Testing Module and the Output Module have not been quoted, and are not part of the quotation provided to Graphic Solutions. As was previously discussed, upon receipt of the selected test equipment from Graphic Solutions, the test station integration price and delivery will be quoted
Vendor selection for the Slitting and Fan-folding module is being aggressively pursued, with the findings being openly shared with Graphic Solutions. As was discussed, after a suitable vendor or vendors of the desired equipment is found, the module and its integration into the line will be quoted to Graphic Solutions.

2.2 Overview of Modules

2.2.1 Unwinder
Accept / Clarification
The alignment mechanism is part of the input module.

2.2.2 Input Module
Accept



2.2.3 Adhesive Module
Accept

2.2.4 Battery Placement
Accept / Clarification
Bad batteries must be marked prior to presentation to the system.

2.2.5 Chip Placement Module
Accept

2.2.6 Thermode Module
Accept

2.2.7 Test Module
Exception
Need spec and quote

2.2.8 Output Module
Exception
Need spec and quote

3.0 Performance Specifications

3.1 Substrate Tape
3.1.1
Accept: Samples of specialized material are requested for analysis by the selected web
handling equipment vendors.
3.1.2 Accept
3.1.3 Accept
3.1.4 Accept
3.1.5 Accept
3.1.6 Accept
3.1.7 Accept
3.1.8 Accept



3.2 Semiconductor Wafer Material
   3.2.1 Accept
   3.2.2 Accept
   3.2.3 Accept
   3.2.4 Wafer Mapping
   Accept
   Mapping protocol is required for each unique wafer vendor. Custom interface programs
   will be quoted if required.

3.3 Component Adhesive:
   3.3.1 Accept
   3.3.2 Accept
   3.3.3 Accept

3.4 Performance:
   3.4.1 Accept: Please reference to the following data that was previously supplied

**Tyco Reel to Reel System with a single APS-1 Die Placement System machine speed estimates**

| Cross Direction | Machine Direction | Web width | Bond lanes across web | Bond lanes in machine direction | Units placed per cycle | Units per hour / tape and reel | Units per hour / direct pick from wafer |
|---|---|---|---|---|---|---|---|
| 3.14 | 4.72 | 19 | 5 | 4 | 20 | 3800 | 3000 |
| 4.125 | 6.125 | 20 | 4 | 4 | 16 | 3650 | 2900 |
| 4.125" | 6.125" | 15.35" | 3 | 4 | 12 | 3000 | 2700 |
| 1.125" | 1.125" | 16.5" | 14 | 17 | 238 | 4650 | 3500 |
| 2.125" | 3.125" | 15.35" | 7 | 6 | 42 | 4250 | 3300 |
| 1.625" | 6.125" | 15.35" | 7 | 3 | 21 | 3850 | 3000 |
| 1.125" | 4.125" | 16.5" | 14 | 5 | 70 | 4450 | 3400 |

Note:
- Units placed per cycle will be the number of thermodes required for the cure stations.
- Each thermo-compression station has a capacity of 64 thermodes. Higher densities may require an additional thermo-compression station.
- Throughput numbers are based on 2 fiducials per panel. Accuracy of the printed substrate will determine if additional local fiducials will be required.
- Placement rates are typically +- 10%
   3.4.2 Accept
   3.4.3 Accept



*FLEXIBLE SOLUTIONS FOR Electronics Assembly Automation*

3.5 Chip/SMD Placement Specifications
     3.5.1 Placement Accuracy
          APS-1: Accept for repeatability
          QSP-2: Exception
               85 micron repeatability at 3 sigma
     3.5.2 Standard Die Sizes
          Accept
          Clarification: Bad battery marking is completed prior to system presentation.
     3.5.3 Accept
     3.5.4 Accept
     3.5.5 Accept
     3.5.6 Accept

3.6 Specification for programmable thermodes
     3.6.1 Accept
     3.6.2 Accept
     3.6.3 Accept:
     3.6.4 Accept:
          System is supplied standard with 20 complete thermode sets.
     3.6.5 Accept:
     3.6.6 Accept:

3.7 Test Module (TBD)
     Exception:
     The inlay tester has not been quoted, and is not part of the quotation provided to
     Graphic Solutions. As was previously discussed, upon receipt of the selected test
     equipment from Graphic Solutions, the test station integration price and delivery will be
     quoted

3.8 Output Module
     Vendor selection for the Slitting and Fan-folding module is being aggressively pursued,
     with the findings being openly shared with Graphic Solutions. As was discussed, after a
     suitable vendor or vendors of the desired equipment is found, the module and its
     integration into the line will be quoted to Graphic Solutions.

3.9 Options
     Wafer Mapping
     Exception:
     Wafer Mapping is required to reach maximum system throughput.



4.0 Acceptance, Warranty, and Other

> 4.1 Warranty
> Accept
>
> 4.2 Acceptance test at GSI
> Accept
>
> 4.3 Production material for acceptance tests at GSI
> Accept: Test Terms
> Accept: Test Materials
> Exception:
> All materials required for testing and debugging the system must be in the possession of Tyco
> Electronics at least 16 weeks prior to system acceptance.
>
> 4.4 Ownership risk
> Accept:
>
> 4.5 This equipment must include:
> Accept:

Please review the comments to your specification, and give me a call to discuss at your earliest convenience. I can be reached at my office number, which is 215-784-4584, or on my cell phone at 215-603-4091

Sincerely:

Alan W. Strassmann