**Exhibit E**

2/12/07 Rev A Tyco Response to the :
GSI Technologies, LLC
Tyco Line Warrantee Claim Items
vs. Specification v8.1

Date:
02/1/2007

Authors:
Durane Carter, Cheryl Johnson, Steve Sanderson, André Kreutzer and Adam Laubach

Introduction:
This documentation has been prepared during fingerprinting exercises for potential production products falling within lines specified capabilities at time of delivery. The actual line operation was evaluated for General Operation, Safety and Performance Specifications vs. the Chip Mounter Spec – Tyco v8.1.doc.

1. Unwind Station:
 - General Operation: no issues.
 - Safety: no issues.
 - Performance Specification: no issues
   o Tyco response:     agree

2. Input Module:
 - General Operation: A permanent edge support system near the edge sensor is needed for proper operation. A make-shift provision has been made with a wooden fixture held in place by four C-clamps.



   o Tyco response:     The system performed as intended and had no exception noted from GSI during design reviews, system debug, or the Tyco and GSI buyoffs.
   o This is considered an enhancement, and a cost effective support will be quoted if requested.

- Safety: The door of the dancer module does not stay open by itself, causing a significant safety issue. The operator must hold the door open with their heads while trying to adjust the web with their hands; this has already resulted in one laceration.



- 
    o Tyco response: The system performed as intended and had no exception noted from GSI during design reviews, system debug, or the Tyco and GSI buyoffs.
    o Note: Tyco was not notified of any difficulty or concern until receipt of the warranty claim document.
    o This is not considered a warranty item, however Tyco will provide a suitable support to provide support for the cover.

- Performance Specification: no issues.
    o Tyco response: agree


## 3. Dispense Module:
- General Operation: Gantry head collides with the monitor cable. This causes damage to the wiring and tubing of the dispense head.



- 
- Tyco response: Although this was not seen during, system debug, or the Tyco and GSI buyoffs, Tyco agrees to re-dress the cabling to correct the problem.
- Note: Tyco was not notified of any difficulty or concern until receipt of the warranty claim document.
- This is considered a warranty issue.

Kreutzer/Laubach GSI Technologies, LLC 1/27/07

- General Operation: Standard ACP and ICP epoxies clog nozzles supplied/recommended by Tyco; a positive displacement piston system vs. a pneumatic one may be needed.
    - Tyco response: The system performed as designed and had no exception noted from GSI during design reviews, system debug, or the Tyco and GSI buyoffs. The system is a positive displacement design and if properly paired with the appropriate piston and needle configuration will work with standard epoxies.
    - Note: Tyco was not notified of any difficulty or concern until receipt of the warranty claim document and was tested with all adhesives supplied by GSI during the test and debug phases.
    - This is not considered a warranty item.

- General Operation: Camera is limited in field of operation does not cover the entire dispense placement area; in many cases the operators have to estimate the placement coordinates (specifically on the 5th row) vs. using the cameras optics to do so.



    - Tyco response: The system performed as designed and had no exception noted from GSI during design reviews, system debug, or the Tyco and GSI buyoffs. This situation is common with offset camera type systems utilized with large area applications, and is easily worked through using cad data from the artwork as opposed to estimating placement coordinates.
    - Note: Tyco was not notified of any difficulty or concern until receipt of the warranty claim document and GSI was trained in the setup and programming of large arrays.
    - This is not considered a warranty item.

- Safety: no issues
    - Tyco response: agree
- Performance Specification: no issues
    - Tyco response: agree

-

4. **APS Station:**
  - General Operation: SMT feeder base is mounted on 6 temporary washers to lift up the whole base for proper die picking and nozzle changes. The feeder elevation base should be part of the original equipment.
    o Tyco response:     Because the feeder base was added in the field per a GSI request this was not seen during, system debug, or the Tyco and GSI buyoffs. Tyco agrees to re-shim the feeder base to correct the problem.
    o Note: Tyco was not notified of any difficulty or concern until receipt of the warranty claim document.
    o This is not considered a warranty issue, however Tyco will re-shim the base.

  - General Operation: The table is not even, which leads to the situation that the head will drop the part or will crash the part into the table. We made 4 measurements with the APS head/nozzle. The results are as follows:

    Corner 1: 0.4615 mm
    Corner 2: 1.0708 mm
    Corner 3: 0.8936 mm
    Corner 4: 0.3618 mm

    

    Operator side

    o Tyco response:     Although the vacuum table was aligned to design specification prior to system debug and the Tyco and GSI buyoffs, Tyco agrees to re-shim the vacuum table to correct the problem.
    o Note: Tyco was not notified of any difficulty or concern until receipt of the warranty claim document.
    o This is considered a warranty issue.

  - Safety: no issues
    o Tyco response:     agree

  - Performance Specification: Machine has no wafer mapping option.
    o Tyco response:     Although a mapping protocol was not provided by GSI prior to system debug, and the Tyco and GSI buyoffs, Tyco agrees to retrofit the wafer feeder upon receipt of a mapped wafer and its associated protocol .Interfaces for subsequent supplier specific maps can be provided by Hover Davis for a nominal fee.
    o This is considered a warranty issue

  - Performance Specification: Smaller insert for the wafer extension unit is needed; it cannot ring a 6" wafer.
    o Tyco response:     A 6" wafer insert was provided at install of the line.
    o Note: Tyco was not notified of any difficulty or concern until receipt of the warranty claim document.
    o This is not considered a warranty issue.

- Performance Specification: A upgrade was paid for by GSI ($2-3k) to handle 0.5mm dies; this should have been handled as a warrantee item.
    - Tyco response:        The die feeder comes standard with one die kit designed to handle a specific die size range. The die selected by GSI fell into the larger kit range and this was provided with the system. While the system was capable of small die handling, the requirement for the small die kit came after the install of the system.
    - This is not considered a warranty item.

- Performance Specification: Placement accuracy does not allow for designs requiring ±85μm. – see attached report.
    - Tyco response:        The system was tested prior and post shipment for placement accuracy. A service technician will perform a preventative maintenance check on the machine and verify all calibrations. At that point the system can be rechecked and if necessary, Tyco will demonstrate the as installed placement accuracy.
    - Note: Tyco was not notified of any difficulty or concern until receipt of the warranty claim document.
    - Note: Repeated requests by Tyco for the tested material as well as sample material to duplicate the test have not been responded to.
    - This not considered a warranty issue unless confirmed by Tyco Applications.

## 5. Thermode Station 1:

- General Operation: Transformer from the central PC to the Monitor is blown.
    - Tyco response:        The system performed as intended and had no exception noted from GSI during design reviews, system debug, or the Tyco and GSI buyoffs.
    - The damage occurred during installation of a ups unit by GSI.
    - Note: Tyco was not notified of any difficulty or concern until receipt of the warranty claim document.
    - This is not considered a warranty issue and a replacement will be quoted if requested.

- General Operation: Addresses for the thermodes are getting lost each time the machine is turned off ; the operators have to insert manually the number "255" instead of the "1".



- o Tyco response:        The system performed as intended and had no exception noted from GSI during design reviews, system debug, or the Tyco and GSI buyoffs.
- o Note: Tyco will work to determine the root cause of the problem, and a solution to correct it.
- o This not considered a warranty issue until the root cause has been confirmed by Tyco Applications.

- General Operation: Advance button must hit twice before the thermodes will deploy and start curing.
    - o Tyco response:        The system performed as intended and had no exception noted from GSI during design reviews, system debug, or the Tyco and GSI buyoffs.
    - o Note: Tyco will work to determine the root cause of the problem, and a solution to correct it.
    - o This not considered a warranty issue until the root cause has been confirmed by Tyco Applications.

- General Operation: Thermodes are getting contaminated with epoxy and parts which should be placed on the web are sticking to the thermodes as well.
- Performance Specification: Problems with thin dies especially at the thermode station (adhering and sticking to the thermodes) → epoxy is squeezed out. Performance Specification:
- There is no thermode cleaning system installed which avoids adhesive contamination.
    - o Tyco response:        The system performed as intended and had no exception noted from GSI during design reviews, system debug, or the Tyco and GSI buyoffs.
    - o Note: Please review the attached email regarding this topic.
    - o This not considered a warranty issue, it is process related

- General Operation: Bottom thermode number 11 – LED is out.
    - o Tyco response:
    - o This is considered a warranty issue

- General Operation: There is not a possibility to verify the web position; currently the corner thermodes must be removed to verify position.
    - o Tyco response:        The system performed as intended and had no exception noted from GSI during design reviews, system debug, or the Tyco and GSI buyoffs.
    - o This is considered an enhancement, and a possible solution will be quoted if requested.
    - o This not considered a warranty issue .

- Safety: no issues
    - o Tyco response:        agree

- Performance Specification: "Thermode bond temperature, bond time, and pressure forces for semiconductor die shall be individually thermode adjustable;" this is not possible with the current set-up.
    - Tyco response:     The system performed as designed and had no exception noted from GSI during design reviews, system debug, or the Tyco and GSI buyoffs. The system monitors heat and pressure of each individual thermode set, however as agreed with GSI, programming parameters were kept in a batch mode to more appropriately suit the actual process.
    - Note: Tyco was not notified of any difficulty or concern until receipt of the warranty claim document and was tested with all adhesives supplied by GSI during the test and debug phases.
    - This is not considered a warranty item.

- Performance Specification: Larger thermodes will likely be needed for PETG or other heat/shrink sensitive materials.
    - Tyco response:     The system performed as designed and had no exception noted from GSI during design reviews, system debug, or the Tyco and GSI buyoffs.
    - Note: Tyco was not notified of any difficulty or concern until receipt of the warranty claim document and was tested with all materials supplied by GSI during the test and debug phases.
    - As discussed with GSI, custom thermodes could be quoted upon request.
    - This is not considered a warranty item.

## 6. QSP Station:

- General Operation: The mouse doesn't work for moving the heads into position (like the APS); the QSP head operation is limited to the joystick.
    - Tyco response:     The system works as designed and had no exception noted from GSI during design reviews, system debug, or the Tyco and GSI buyoffs. The QSP works differently than the APS which has led to the confusion.
    - This is not considered a warranty item

- General Operation: Gantry heads and the whole machine are shaking during the process, indicating either a leveling or anchoring problem.
- General Operation: Gantry belts have different tensions; perhaps resulting in differential input/response characteristics.
- General Operation: Gantries need physical calibration for proper operation; head to head or gantry to gantry offsets issues are influencing the machine accuracy.
    - Tyco response:     The system was tested prior and post shipment for placement accuracy. A service technician will perform a preventative maintenance check on the machine and verify all calibrations. At that point the system can be rechecked and if necessary, Tyco will demonstrate the as installed placement accuracy.

- o Note: Tyco was not notified of any difficulty or concern until receipt of the warranty claim document.
- o Note: Repeated requests by Tyco for the tested material as well as sample material to duplicate the test have not been responded to.
- o This not considered a warranty issue unless confirmed by Tyco Applications.

* General Operation: Software bugs occur often. Example: if the table sensor does not recognize a web (pitch is light green), and a program is run, the RT computer crashes and the entire system must be rebooted (takes ~5minutes).
  - o Tyco response: The system performed as intended and had no exception noted from GSI during design reviews, system debug, or the Tyco and GSI buyoffs.
  - o Note: This is most likely a training issue regarding the operational sequencing of the machine.
  - o Note: Tyco was not notified of any difficulty or concern until receipt of the warranty claim document.
  - o This not considered a warranty issue unless confirmed by Tyco Applications.

* Safety: no issues
  - o Tyco response:    agree

* Performance Specification: Placement accuracy does not allow for designs requiring ±250μm. – see attached report.
  - o Tyco response: The system was tested prior and post shipment for placement accuracy. A service technician will perform a preventative maintenance check on the machine and verify all calibrations. At that point the system can be rechecked and if necessary, Tyco will demonstrate the as installed placement accuracy.
  - o Note: Tyco was not notified of any difficulty or concern until receipt of the warranty claim document.
  - o Note: Repeated requests by Tyco for the tested material as well as sample material to duplicate the test have not been responded to.
  - o This not considered a warranty issue unless confirmed by Tyco Applications.

7. **Thermode Station 2:**
   **Battery Cure Station**
   * General Operation: Demonstrated performance of the battery curing module using ACP/ICP/NCP and commercially available laminar batteries has not been possible to date.
     - o Tyco response: The system performed as designed and had no exception noted from GSI during design reviews, system debug, or the Tyco and GSI buyoffs.
     - o Note: Tyco was not notified of any difficulty or concern until receipt of the warranty claim document and was tested with all material supplied by GSI during the test and debug phases.
     - o This is not considered a warranty item.

- 
- General Operation: No position verification system for web position is present.
- General Operation: Limitation of the geometric layout of the thermode stations prevent production of potential small "foot-print" inlay sizes.
- Safety: no issues
- Performance Specification: No fine alignment control is present.
- Performance Specification: No pressure control is present.
  Performance Specification: No anti adhesive coating for the thermodes is present.
- Performance Specification: No thermode cleaning system is present.



- 
  - o Tyco response:       The Battery cure station performed as designed and had no exception noted from GSI during design reviews, system debug, or the Tyco and GSI buyoffs. As designed and agreed to with GSI, the battery cure station utilizes hot bar cure technology, not programmable thermodes, and therefore does not fall under the programmable thermode station design parameters. Because of the components being cured (Power Paper batteries) and to provide a more cost effective design, parameters were developed to more appropriately suit the actual process.
  - o Note: Tyco was not notified of any difficulty or concern until receipt of the warranty claim document and was tested with all adhesives supplied by GSI during the test and debug phases.
  - o Note: The hot bar elements have been significantly altered by GSI over the past year.
  - o This is not considered a warranty item.

8. Rewind Station:
- General Operation: Rubber rings between the segments become stiff and fall off, even with regular lubing and covering. This issue is already occurring with a second set of rubber rings installed recently..



- 
- Tyco response:   Although this was not seen during, system debug, or the Tyco and GSI buyoffs, Tyco agrees to re-order the o rings made from a more durable material (urethane)
- This is considered a warranty issue.

- General Operation: The ability to adjust the index (travel) is needed.
- General Operation:  No web support for proper web handling.
- General Operation:  The length of the web between tension points and having only 1 steering head for the web length are likely contributing to a host of web handling and positioning problems.
- General Operation:  Edge guiding is problematic because sometimes the "loose side" of the web is on the guiding sensor side; this results in the web being improperly re-wound.
- Performance Specification: Web guiding through the machine is not accurate and is likely causing accuracy problems with the APS and QSP stations.
- Performance Specification: Surface of the vacuum roll is stainless steel; rubber will be a better approach for low surface energy materials like PETG



- 
  o Tyco response:   The system performed as designed, and had no exception noted from GSI during design reviews, system debug, or the Tyco and GSI buyoffs.
  o Note: Tyco was not notified of any difficulty or concern until receipt of the warranty claim document.
  o Design scope changes will be considered an enhancement, and may be quoted if requested.

- Safety: no issues
    - . Tyco response: agree

**General Items :**
- General Operation: No software updated have been installed since deliver. The software obviously has some bugs.
- General Operation: Perhaps linked to the above observation, the line often "behaves" strangely and often shuts down for unknown causes.
    - Tyco response: The system performed as intended and had no exception noted from GSI during design reviews, system debug, or the Tyco and GSI buyoffs.
    - Note: If new software is available for the line, it will be made available to GSI.
    - GSI documented "bugs" will be investigated by Tyco and a response issued. These must be of a specific, repeatable nature. was not notified of any difficulty or concern until receipt of the warranty claim document.
    - This not considered a warranty issue unless confirmed by Tyco Applications.

- Performance Specification: Due the inability to make the line perform on specific prototype production builds, line availability and machine related yield could not be verified against the specification.
    - Tyco response: The system performed as intended with the available GSI material and had no exception noted from GSI during design reviews, system debug, or the Tyco and GSI buyoffs.
    - This not considered a warranty issue

**Needed Training:**
- Preventative Maintenance (PMs) & Calibration for all modules (likely trainer: Randy)
- Dispense Module (likely trainer: Bob)
- Web Handling (likely trainer: Bob)
    - Tyco response: The maintenance PM is being conducted, and pending the results including the thermode recoating schedule, dispense and web handling training will be scheduled.
    - This not considered a warranty issue