**Exhibit F**



311 Shore Drive, Burr Ridge, IL 60527-5859

Date: 11/9/2007

Prepared by: Steve Sanderson

**Subject:** Tyco Validation runs results summary. Runs completed from 11/1/2007 to 11/6/2007

**Description:** Two designs were evaluated, 1) FP1045 (Victory 1 LED card) and 2) FP1059 (Victory 2 contactless card). Refer to validation protocol "Validation protocol ver 1_10262007.doc" for the details. Run results based on machine uptime, throughput rate (uph) and yield. The results were compared to the specification "Chip Mounter Specification v8.1".

**Results Summary:**

FP1045:

1. Rate – The plan was to calculate the rate over 7500 placements. This was not done because the line was paused multiple times for adjusting thermode temperatures (to even temperatures) and to clean thermodes. Local fiducials were used because the placement accuracy could not be achieved using global fiducials. The result is the rate measurement was done by timing one complete index = 45 seconds; therefore, the uph = 3600 sec / (45 sec/20 up) = **1600 uph**. **This rate considers 0% machine down time. The specification identifies the rate to be 3000 uph.**

2. Yield – Based on 1000 LED's placed, 815 functional = **81.5% yield**. Of the fallout, 90.1% (based on a sample of 200) could be attributed to the thermodes (sticking, missing components, under-cured, thermode contamination). **The specification identifies the yield to be 98.5%.**

3. Machine Uptime – was not measured because of reasons specified in #1. **It is sufficient to say it was less than the 96.5% identified in the specification.**

FP1059:

1. No modification to the thermodes:

   a. Rate – The plan was to calculate the rate over 7500 placements. This was not done because the line was paused multiple times to clean thermodes.

      i. **Local fiducials** were used because the placement accuracy could not be achieved using global fiducials. The result is the rate measurement was done by timing three complete index = 186 seconds; therefore, the uph = 3600 sec / (186 sec/3/20 up) = **1161 uph.**

      ii. **Global fiducials** were tried to determine rate but no good parts were produced. The result is the rate measurement was done by timing three complete index = 174 seconds; therefore, the uph = 3600 sec / (174 sec/3/20 up) = **1241 uph.**

      iii. **This rate considers 0% machine down time. The specification identifies the rate to be 3000 uph.**



Functional Printing
311 Shore Drive, Burr Ridge, IL 60527-5859

b. <u>Yield</u> – Based on 600 flip chips placed, 422 functional = <u>70.3% yield</u>. Of the fallout, 87.8% (based on a sample of 480) could be attributed to the thermodes (sticking, missing components, thermode contamination).

c. <u>Machine Uptime</u> – was not measured because of reasons specified in #1. <u>It is sufficient to say it was less than the 96.5% identified in the specification.</u>

FP1059:

2. Added PTFE tape to the thermodes: This was not part of the original protocol.

a. <u>Rate</u> – The rate was not measured but expected to be the same as without TPFE tape on the thermodes.

b. <u>Yield</u> – Based on 640 flip chips placed, 631 functional = <u>98.6% yield</u>. Six of the nine failures were analyzed – 1 missing component, 1 sticking thermode, 1 bad chip, and 3 unknown. <u>This meets the specified yield but is not a production process as the equipment was designed.</u>



311 Shore Drive, Burr Ridge, IL 60527-5859

# SMT Line 1 (aka Power ID Assembly Line) Validation Protocol Version 1.0

Date: October 26, 2007

**Prepared by:** Steve Sanderson, Applications Engineering Manager, GSI Technologies

**Purpose:**
To establish the plan for validating SMT Line 1 for SMD (LED) and Flip Chip (Impinj Monza) assembly. The portions of the line being validated are:
1. Web handling (US Webcon)
2. Epoxy Dispenser (Creative Automation).
3. APS (Tyco).
4. Thermode Cure Station (Tyco)

The part numbers to be run are:
1. FP1045 – LED card layout comprised of electroless copper plated traces deposited on Transilwrap Corcard 5 (PETG). Mounted is a Harvatek LED p/n F199USD5 in 0603 package.
2. FP1059 – Contactless card layout comprised of electroless copper plated traces deposited on Transilwrap Corcard 5 (PETG). Mounted is Impinj Monza RFID chip.

**Applicable Specification:**
Chip Mounter Specification v8.1.

**Process:**
The following processes were established using a 1 up thermode test protocol:
1. FP1045 – LED Card:
   a. Epoxy – Zymet X1989-10.
   b. Upper Thermode set point – 130 deg. C
   c. Lower Thermode set point – 58 deg. C
   d. Pressure set point – 2.7 Newtons.
   e. Dwell set point – 15 seconds.
   See file "Victory 1 process validation_1 up.xls" for results.
2. FP1059 – Contactless Card:
   a. Epoxy – Zymet X1989-10.
   b. Upper Thermode set point – 115 deg. C
   c. Lower Thermode set point – 52 deg. C
   d. Pressure set point – 2 Newtons.
   e. Dwell set point – 15 seconds.
   See file "20071024 Process Development Flip Chip.doc" for results.



311 Shore Drive, Burr Ridge, IL 60527-5859

## Validation Run:
### The requirement is to run for 5 hrs at a rate of:
1. FP1045 – 1500 to 1800 / hr, limited by the APS due to it being necessary to use local fiducials instead of global. **The number of placements = 5 * 1,500 = 7500 minimum.** It is understood if global fiducials could be used, the guaranteed rate is 3000 / hour minimum. If the run goes well with local fiducials, we may choose to run 0.5 hr to 1 hr using global fiducials to verify the 3000 / hr rate.
2. FP1059 - 1500 to 1800 / hr, limited by the APS due to it being necessary to use local fiducials instead of global. **The number of placements = 5 * 1,500 = 7500 minimum.** It is understood if global fiducials could be used, the guaranteed rate is 3000 / hour minimum. If the run goes well with local fiducials, we may choose to run 0.5 hr to 1 hr using global fiducials to verify the 3000 / hr rate.

There is ~500' of each part number available. If all 500' was used, 10,376 placements could be done.

## Acceptable Results:
1. Equipment shall run in automatic mode and not stop for machine related problems for 5 hrs for each part number. Examples of machine related problems are:
   a. Web steering problems.
   b. Web registration problems caused by the web handling system.
   c. Module error causing a re-start of the process (i.e. reboot, restart application).
   d. Thermode fouling (thermodes tearing off components).
   e. Insufficient cure of epoxy.
   f. Thermode station errors.
   
   If there is a machine related stoppage, the reason and time down will be recorded. If the stoppage is not correctable or continues to repeat, a decision will be made to abandon the run or make a process change then continue.
2. **The acceptable machine related yield is 98.5%**, as specified in the Chip Mounter Specification v8.1 section 3.4.3. Please note this yield was extrapolated from the published 97%, which was based on also placing batteries. Since this validation comprises of placing only one component, the yield loss was halved.
3. The yield will be sampled real time but will not be possible to ascertain the final yield during each run. This will be done off line. If the sampling method indicates poor yield, a decision will be made to abandon the run or make a process change then continue.

·

# Process Development Parameters for Impinj Monza Flip Chip
## October 24, 2007

## Materials:
1. **Substrate:**
   a. FP1059 Rev A, Victory 2, Copper circuit, Core Card 5 PETG substrate.
2. **Adhesives:**
   a. Zymet, X1989-10
3. **Component:** Impinj, Monza, RFID Chip.

## Assembly Process:
Four test conditions were evaluated. The data can be seen in the table below. Each assembly was cured individually using thermode #9 on the Tyco Thermal Compression Station.

**Group 1:**
Repeated experiments with various cure condition settings did not reveal a condition at which the die would not stick to the thermodes. At this point a piece of PTFE tape was applied to the bottom of the thermode. A cure condition was then established which produced electrically functioning devices. No die stuck to the thermode with this tape.

**Group 2:**
The PTFE tape was removed from the bottom of the thermode. The upper thermode set point was adjusted to provide the same thermode surface temperature as Group 1. Die did stick to the thermode. This caused a 41.4% reduction in yield.

**Group 3:**
An attempt was made to reduce the epoxy to a point where it would not contact the thermode. This was not successful. The pump stroke and pump on time were reduced to the very minimum that would dispense a dot. This was not much less the volume dispensed in Group 1 and 2.

**Group 4:**
A piece of release liner was placed between the thermode and the die. There were some difficulties aligning the assemblies under the thermode due to tape obstructing the view of the lower thermode.

Keene                        GSI Technologies, LLC Confidential          10/24/2007

| | Group | 1 | 2 | 3 | 4 |
|---|---|---|---|---|---|
| **Assembly Results** | | | | | Use of Tape Under Thermode and "Minimal" Epoxy Assemblies |
| | | PTFE Tape placed on the bottom of the thermode. | No modifications | Minimize epoxy volume | |
| **Process Parameterss** | Upper Thermode Set Point, C | 137 | 115 | 115 | 137 |
| | Release Film | PTFE Tape | None | None | PSA Tape Release Liner |
| | Upper thermode Surface Temp., C | 123.3 - 126.5 | 123.9 - 126.9 | 123.9 - 126.9 | 127.5 - 130.9 |
| | Lower Thermode Set Point, C | 52 | 52 | 52 | 52 |
| | Force, N | 2 | 2 | 2 | 2 |
| | Time, s | 15 | 15 | 15 | 15 |
| **Yield** | Total Assemblies | 115 | 29 | 26 | 20 |
| | Total Functional | 105 | 12 | 13 | 16 |
| | Overall Yield | 91.3% | 41.4% | 50.0% | 80.0% |
| | | | | | |
| | Die Stuck to Thermode | 0 | 12 | 9 | 0 |
| | Yeild Loss Resulting from Die Sticking to Thermode. | 0.0% | 41.4% | 34.6% | 0.0% |
| | | | | | |
| | Total Nonfunctional | 10 | 5 | 4 | 4 |
| **Failure Modes** | Misaligned Chips | 6 | | 2 | 1 |
| | HD DDF picked bad chip | 3 | 3 | | |
| | Insufficient Adhesive | | | | 1 |
| | Improper Alignment Under Thermode | | | | 1 |
| | | | | | |
| | Total of Non Functional not related to Thermode Cure Issues | 9 | 3 | 2 | 3 |
| | Yield Excluding Nonfunctional not related to cure. | 99.1% | 46.2% | 54.2% | 94.1% |
| | | | | | |
| | Additional Failures | | | | |
| | Chip Broke Through Trace | | 1 | | |
| | Unknown | 1 | 1 | 2 | 1 |

Keene

GSI Technologies, LLC Confidential

10/24/2007

## Failure Modes

A majority of the failures can be attributed to the die sticking to the thermodes. Misalignment could have resulted from placement or handling. Several assemblies had nonfunctional die placed on them. This will be solved when the wafer mapping is implemented. One failure can be attributed to a cracked trace. Other functioning assemblies also exhibited some partial cracking of the traces. It is evident that the chip is being forced to deep into the substrate.

## Conclusions

From the data it is apparent that the epoxy sticks to the thermodes a significant amount of the time and dramatically reduces the yield. Very high yields can be obtained when the adhesive does not stick to the thermodes. The thermode tips in there present condition are not providing the level of release necessary to prevent the epoxy from stick to the thermode.

Minimizing the epoxy to a point where no epoxy contacts the thermode is not likely to occur without impacting the integrity of the connection. Dispensing a round dot results in a round dispense pattern. The amounts around the die will be uneven due to a square die being placed into a round dot of epoxy. This will result in a larger amount of epoxy on the edges than the corners. The corners are the area of highest stress and the area where the electrical connection takes place. The integrity of the corner is crucial to the function of the device. The current amount of epoxy being dispensed does not result in an excessive amount in the corners and therefore has little margin for reduction of the epoxy.



# Victory 1 Process Validation Testing, 1 up method

Date: 10/18/2007

**Equipment:** SMT Line #1

**Thermode Used:** #9

**Thermode Conditions:**

| | |
|---|---|
| Upper thermode set point - | 130 deg. C |
| Lower thermode set point - | 58 deg. C |
| Pressure set point - | 2.7 Newtons |
| Dwell set point - | 15 seconds |

**GSI Part Number:** FP1045, PETG substrate and copper plated traces.

**ACP Epoxy:** Zymet X1989-10

Harvelek LED p/n HT-F199USD5 in 0603 package.

## Results:

| | |
|---|---|
| Quantity bonded: | 118 |
| Quantity good: | 106 |
| Quantity bad: | 12 |
| Percent defective: | 10.2% |

## Failure analysis:

| | | Cause |
|---|---|---|
| LED upside down: | 3 | APS Machine |
| LED position: | 4 | APS machine or test method (LED may have been bumped when slid between thermodes) |
| No contact anode | 1 | Uneven pressure to LED caused anode to not be in contact with trace. Bond area is severly distorted indicating this part saw a higher temperature than most others. |
| No contact cathode | 4 | Cathode side of LED lifted caused by <u>epoxy sticking to upper thermode.</u> |

<u>Percent defective eliminating machine or test method rejects:</u>     **4.5%**

<u>Percent defective eliminating machine, test method, thermode sticking, or over temperature cure rejects:</u>     **0.0%**

# LED Attachment Data Yield verses Bond Position
### October 25, 2007

Substrate Material: PETG with Copper Plated Circuit.
Epoxy: Zymet, X1989-10
Cure Conditions: The cure conditions were set at the parameters which produced high yields in the 1 up testing using thermode #9 on Oct. 17, 2007.

| | | Temp. Upper, C | Temp. Lower, C | Force, N | Time, Sec |
|---|---|---|---|---|---|
| Indexes Tested | 15 | 130 | 58 | 2.7 | 15 |
| Total Assemblies | 300 | | | | |
| Total Functional | 126 | | | | |
| Yield of Functional | 42% | | | | |
| Nonfunctional by Bond Position | | | | | |



Observations: The yield among thermodes varies widely. Five thermodes produced 100% yield while eight thermodes produced a 0% yield.