**Exhibit G**

# Tyco Electronics

Tyco Electronics Corporation
1050 Westlakes Drive
Berwyn, Pa 19312-2423

telephone 610-893-9800
www.tycoelectronics.com

November 24, 2007

Mr. Jack Kraemer
Mr. Adam Laubach

GSI Technologies

Gentlemen:

Per your email request posted below, please consider this the Tyco Electronics response to your validation run summary dated 11/9/07.

Thank you for your time this AM. As we discussed, GSI has an internal meeting next Tuesday AM (11/27) to determine our next steps with the equipment. Before then, please send me Tyco's formal response to the documentation that GSI has provided showing that the Tyco line does not meet the v8.1 specifications specific to yield and throughput for the contactless and LED card inlay products.

Sincerely,
Adam Laubach

## Response Overview

The work that has been completed by Tyco Electronics on the GSI PowerID Line is in response to the warranty claim document received 1/27/07. This document was generated by GSI personnel and referenced items that GSI felt were not in compliance with the original GSI V8.1 PowerID Line specification. A response to this document was generated by Tyco Electronics personnel indicating which items were valid warranty claims, and which items were either process dependent or outside of the scope of the original design. Warranty claims are limited to defects in materials and workmanship pertaining to the system configuration originally designed and tested for. (see attached Tyco Electronics standard warranty).

Two new GSI products with unique processing characteristics were run during the GSI validation tests. GSI's goal was to process this material to the original equipment specification, however both products utilized material combinations untested for during the original system buyoffs. Two areas were noted in the results summary, rate and yield. These will be individually addressed following the GSI results summary information.

## Rate

**GSI Results Summary:**
FP1045:

Tyco Electronics

1. **Rate** – The plan was to calculate the rate over 7500 placements. This was not done because the line was paused multiple times for adjusting thermode temperatures (to even temperatures) and to clean thermodes. Local fiducials were used because the placement accuracy could not be achieved using global fiducials. The result is the rate measurement was done by timing one complete index = 45 seconds; therefore, the uph = 3600 sec / (45 sec/20 up) = **1600 uph**. **This rate considers 0% machine down time. The specification identifies the rate to be 3000 uph.**

Tyco Electronics Response
The original rate specified in the GSI V8.1 PowerID Line specification and agreed upon was 3000 uph +- 10%. This was based on the original substrate / adhesive combination, 20 placements, and only (2) global fiducials. This rate was timed by GSI personnel at both the Tyco Electronics factory buyoff and the final buyoff at GSI. The original specification was generated by GSI with the understanding that their print capabilities would allow them to only require (2) global fiducials instead of the additional (20) local fiducials. The rate timed by GSI is actually faster than the rates estimated by Tyco Electronics personnel for a run using local fiducials, which were conveyed to GSI at their request several months ago.

This is a non-warranty issue. It is process and material related.

FP1059:
1. **Rate** – The plan was to calculate the rate over 7500 placements. This was not done because the line was paused multiple times to clean thermodes.
    i. **Local fiducials** were used because the placement accuracy could not be achieved using global fiducials. The result is the rate measurement was done by timing three complete index = 186 seconds; therefore, the uph = 3600 sec / (186 sec/3/20 up) = **1161 uph.**
    ii. **Global fiducials** were tried to determine rate but no good parts were produced. The result is the rate measurement was done by timing three complete index = 174 seconds; therefore, the uph = 3600 sec / (174 sec/3/20 up) = **1241 uph.**
    iii. **This rate considers 0% machine down time. The specification identifies the rate to be 3000 uph.**

Tyco Response
The original rate specified and agreed upon in the GSI V8.1 PowerID Line specification was 3000 uph +- 10%. This was based on the original substrate / adhesive combination, 20 placements, and only (2) global fiducials. This rate was timed by GSI personnel at both the Tyco Electronics factory buyoff and the final buyoff at GSI. The original specification was generated by GSI with the understanding that their print capabilities would allow them to only require the (2) global fiducials instead of the additional (20) local fiducials.
This particular application utilized die picked from wafer, and while Tyco Electronics personnel were not asked to verify the timed rate during their time at GSI, it is highly likely that this reduction in rate from the FP1045 product is the result of a process related variable. Estimated times for this product should be similar to the FP1045 product assuming all other process related parameters are the same. (dispense times, placement dwell times, etc). The relatively small change in rate between using local and global fiducials indicates there is another process factor affecting the thru put.

This is a non-warranty issue. It is process and material related.

### Yield

FP1045:
2. **Yield** – Based on 1000 LED's placed, 815 functional = **81.5% yield**. Of the fallout, 90.1% (based on a sample of 200) could be attributed to the thermodes (sticking, missing components, under-cured, thermode contamination). **The specification identifies the yield to be 98.5%.**
3. **Machine Uptime** – was not measured because of reasons specified in #1. **It is sufficient to say it was less than the 96.5% identified in the specification.**

FP1059:
2. **Yield** – Based on 600 flip chips placed, 422 functional = **70.3% yield**. Of the fallout, 87.8% (based on a sample of 480) could be attributed to the thermodes (sticking, missing components, thermode contamination).

Tyco Electronics Response
The yield for both applications, FP1045 and FP1059, as well as the machine uptime can be attributed to the same root cause, excessive epoxy contamination of the thermode tips. The primary reason for this is that the components are being placed onto a substrate with a low melting point, the adhesive being used requires a cure temperature very close to this point, and the components are then sinking into the substrate as its temperature increases to create an adhesive cure. It is this phenomenon of sinking into the substrate that is causing the adhesive to be squeezed out from the bottom of the component, and come into full contact with the surface of the upper thermode.
This condition is not consistent with the original thermode design criteria, which was to create a cure to a conventional adhesive flip chip bond. A conventional flip chip bond requires the adhesive to create a fillet ½ to ¾ up the sides of the die. The fillet is used to create mechanical and environmental integrity to the bond site. Limiting the adhesive from reaching the top of the die is done for several reasons, to keep the adhesive off of the placement tip to prevent subsequently picked die from sticking to it, and prevent or minimize adhesive contact at the thermo compression station.

All system testing was conducted at Tyco Electronics using GSI supplied material specified for the PowerID assembly process. The PET substrate material utilized for that application had a much higher temperature rating, and therefore the components did not sink into it during the cure process, limiting a properly dispensed volume of adhesive to the sides of the die.
Internal GSI testing has also shown that the consistency of process parameters is no longer a problem, and has been successfully addressed by the Tyco Electronics team.

The yields specified in the V8.1 specification are relative to a conventional epoxy flip chip bond process that has been tuned over time, with all aspects of the process (materials and equipment) in full SPC control. The unique aspects of this new material combination will require some modification from the original thermode configuration to attempt to achieve satisfactory yields.

This is a non-warranty issue. It is process and material related

### Conclusion

GSI specified and purchased a reel to reel assembly line that could perform under GSI specifications. As the delivered configuration of any line is wholly dependent on the process that it will be used for, this system was no different. It was specified by GSI, to be configured and delivered customized for the

Tyco Electronics

PowerID product line assembly process. The line successfully processed all material supplied prior to delivery, and upon installation and final buyoff at GSI.

While GSI attempted to find alternative niche products to couple their internal printing expertise with their assembly capabilities, these new products utilize materials that are able to be handled by the line, however the unique combination of these materials (adhesive and substrate) has created a non-conventional flip-chip / component attach, which will require additional customization to accommodate the resulting process changes. These changes require changes to the original specification and therefore fall outside of a warranty claim.

This material related process change has been consistently conveyed by Tyco Electronics to GSI during previous meetings. To the best of Tyco Electronics' knowledge, there is only one area that would need to be modified by GSI to allow the equipment to process the new GSI product. This is a change to the original design scope which utilized conventional flip chip bond technology, and would require a design modification to allow the heated thermodes to be completely immersed in adhesive and not effect a bond to the component.

Tyco Electronics has stood behind its commitment to support its products and has completed the changes needed to assure the process consistency needed for GSI's new stringent requirements. Should GSI desire to reconfigure the machine to accommodate this new product, Tyco Electronics believes there is a high probability that this can be accomplished. As discussed with GSI, there are a number of solutions which can be explored, from simple modifications to more complicated redesigns, all of which depend on GSI's actual production requirements and ROI structure. Please let us know if we can assist you in this endeavor.

Thank you and best regards

Alan W. Strassmann
Product Manager RFID & Advanced Packaging

Trent Steckler
GATD Engineering Manager