RECEIVED
FEBRUARY 12, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Civil Cover Sheet Attachment

D. R. Edwards
GoodSmith Gregg & Unruh LLP
150 S. Wacker Drive, Suite 3150
Chicago, IL 60606
(312) 322-1981

Stephanie J. Synol
GoodSmith Gregg & Unruh, LLP
150 S. Wacker Drive, Suite 3150
Chicago, IL 60606
(312) 322-1981

**08 C 901**

**JUDGE COAR
MAGISTRATE JUDGE COX**