FILED
FEBRUARY 12, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

GSI Technologies, LLC, formerly Graphic Solutions International, LLC,

v.

Tyco Electronics Corporation

Case Number: **08 C 901**

**JUDGE COAR**
**MAGISTRATE JUDGE COX**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

GSI Technologies LLC, formerly Graphic Solutions International, LLC, plaintiff

| | |
|---|---|
| NAME (Type or print) <br> Kenneth S. GoodSmith | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Kenneth S. GoodSmith | |
| FIRM <br> GoodSmith Gregg & Unruh LLP | |
| STREET ADDRESS <br> 150 S. Wacker Drive, Suite 3150 | |
| CITY/STATE/ZIP <br> Chicago, Illinois, 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6180874 | TELEPHONE NUMBER <br> (312) 322-1981 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|

GSI Technologies, LLC, formerly Graphic Solutions International, LLC,
v.
Tyco Electronics Corporation

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

GSI Technologies LLC, formerly Graphic Solutions International, LLC, plaintiff

| NAME (Type or print) |
|---|
| D. R. Edwards |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ D. R. Edwards |

| FIRM |
|---|
| GoodSmith Gregg & Unruh LLP |

| STREET ADDRESS |
|---|
| 150 S. Wacker Drive, Suite 3150 |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois, 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6190079 | (312) 322-1981 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ✔ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✔ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number:

GSI Technologies, LLC, formerly Graphic Solutions International, LLC,

v.

Tyco Electronics Corporation

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

GSI Technologies LLC, formerly Graphic Solutions International, LLC, plaintiff

| | |
|---|---|
| NAME (Type or print) <br> Stephanie J. Synol | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Stephanie J. Synol | |
| FIRM <br> GoodSmith Gregg & Unruh LLP | |
| STREET ADDRESS <br> 150 S. Wacker Drive, Suite 3150 | |
| CITY/STATE/ZIP <br> Chicago, Illinois, 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6279898 | TELEPHONE NUMBER <br> (312) 322-1981 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☐   NO ✔ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO ✔ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☐   NO ✔ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☐   NO ✔ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐ | |