FILED
FEBRUARY 12, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GSI Technologies, LLC, formerly Graphic Solutions International, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. **08 C 901** |
| Tyco Electronics Corporation, | ) ) ) | **JUDGE COAR** |
| Defendant. | ) | **MAGISTRATE JUDGE COX** |

### DISCLOSURE OF CORPORATE INTEREST

Pursuant to Fed. R. Civ. P. 7.1 and N.D. Ill. L3.2, plaintiff GSI Technologies, LLC, formerly Graphic Solutions International, LLC ("GSI") provides the following Disclosure of Corporate Interests. GSI's parent corporation is Thrall Enterprises, Inc. ("Thrall"); GSI has no subsidiaries that are not wholly owned; and no publicly held company owns 10% or more of Thrall's stock.

Dated: February 12, 2008            Respectfully submitted,

s/ Kenneth S. GoodSmith
Kenneth S. GoodSmith (ARDC # 6180874)
D. R. Edwards, Of Counsel (ARDC # 6190079)
Stephanie J. Synol (ARDC # 6279898)
GoodSmith Gregg & Unruh LLP
150 S. Wacker Drive, Suite 3150
Chicago, IL 60606
Tel: (312) 322-1981
Fax: (312) 322-0056

Counsel for Plaintiff