UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GSI Technologies, LLC, formerly Graphic Solutions International, LLC, ) ) ) | |
| ) | Cause No. 08 cv 901 |
| **Plaintiff,** ) | |
| ) | **Judge David H. Coar** |
| v. ) | |
| ) | **Magistrate Judge** |
| Tyco Electronics Corporation, ) | **Susan E. Cox** |
| ) | |
| **Defendant.** ) | |

**Agreed Motion for Extension of Time to Answer Plaintiff's Complaint**

Now comes the Defendant, Tyco Electronics Corporation, by its attorneys, Johnson & Bell, Ltd., and for its Motion for Extension of Time to Answer Plaintiff's Complaint, states as follows:

1. Plaintiff filed the instant complaint against Defendant on February 12, 2007.

2. On February 13, 2007, Plaintiff sent Defendant's registered agent a Notice of Lawsuit and Request for Waiver of Service of Summons, which Defendant's registered agent forwarded to Defendant's counsel.

3. Counsel for Defendant executed Plaintiff's waiver of service on March 6, 2008. Pursuant to the terms of that Waiver, Defendant has 60 days from February 13, 2007, to and including April 13, 2007, in which to file its Answer or other responsive pleading to Plaintiff's Complaint.

4. Plaintiff's Complaint alleges Breach of Contract, Breach of Express Warranty and Breach of Implied Warranty, all arising out of a 2004 contract between the parties.

5. Defendant's employees involved in the transactions that make up the Complaint are located in Willow Grove, Pennsylvania and Berwyn, Pennsylvania.

6. It is necessary for Defendant's counsel to interview these employees prior to filing its Answer or other responsive pleading to Plaintiff's Complaint.

7. The records relating to the transactions that make up the Complaint were created in 2004. Defendant needs time to search through voluminous files to find all relevant records so that Defendant's Answer or other responsive pleading to Plaintiff's Complaint can be as complete and accurate as possible.

8. Defendant requests an additional forty-five (45) days, to and including May 27, 2008, to file its Answer or other responsive pleading to Plaintiff's Complaint.

9. Plaintiff's have no objection to Defendant's request.

9. The extension of time requested by Defendant will also aid in the subsequent production of documents pursuant to automatic discover provisions.

10. This motion is not being brought to delay or prejudice any party.

WHEREFORE, the Defendant, Tyco Electronics Corporation, respectfully requests that this Honorable Court grant it an additional forty-five days, to and including May 27, 2008, to file its Answer or other responsive pleading to Plaintiff's Complaint, and for such other and further relief as the Court deems just and fit under the circumstances.

                        **Respectfully submitted:**

                        **JOHNSON & BELL, LTD.**

                        By:  */s/ Richard R. Gordon*
                             Richard R. Gordon

John W. Bell ARDC No. 0161934
Michael P Siavelis ARDC No. 2596466
Richard Gordon ARDC No. 6277551
JOHNSON & BELL, LTD.
33 West Monroe Street
Suite 2700
Chicago, Illinois 60603-5404
(312) 372-0770
*Attorneys for Defendant*
*Tyco Electronics Corporation*
**Doc # 181170**

## CERTIFICATE OF SERVICE

      I hereby certify that on the 4th day of April, 2008, I electronically filed the foregoing Motion for Extension to Time to Answer Complaint with the Clerk of The Court using the CM/ECF system which will send notification of such filing to the following:

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: none.

      */s/ Richard R. Gordon*
      _____

      Richard R. Gordon A.R.D.C. Number 6277551
      JOHNSON & BELL, LTD.
      33 West Monroe Street, Suite 2700
      Chicago, Illinois 60603
      (312) 372-0770