UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **GSI Technologies, LLC, formerly Graphic Solutions International, LLC,** ) | |
| ) | **Cause No. 08 cv 901** |
| **Plaintiff,** ) | |
| ) | **Judge David H. Coar** |
| **v.** ) | |
| ) | **Magistrate Judge** |
| **Tyco Electronics Corporation,** ) | **Susan E. Cox** |
| ) | |
| **Defendant.** ) | |

## NOTICE OF MOTION

To: Kenneth S. GoodSmith, Esq.
    D.R. Edwards, of counsel
    Stephanie J. Synol, Esq.
    150 S. Wacker Drive, Suite 3150
    Chicago, IL 60606

    Please take notice that on ***April 10, 2008*** at ***9:45 a.m.***, we shall appear before the ***Honorable Susan E. Cox*** or any judge sitting in her stead, in the courtroom usually occupied by her, ***Courtroom 1342*** at the United States District Court, Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the attached ***Agreed Motion for Extension of Time to Answer Plaintiff's Complaint***.

                                                                    TYCO ELECTRONICS CORPORATION

                                                          By:   /s/ Richard R. Gordon

John W. Bell ARDC No. 0161934
Michael P Siavelis ARDC No. 2596466
Richard Gordon ARDC No. 6277551
JOHNSON & BELL, LTD.
33 West Monroe Street
Suite 2700
Chicago, Illinois 60603-5404
(312) 372-0770
*Attorneys for Defendant*
*Tyco Electronics Corporation*
**Doc # 181170**

2

## Certificate of Service

      I, Allie Beyer, certify that I caused this ***Notice of Motion*** and ***Agreed Motion for Extension of Time to Answer Plaintiff's Complaint*** to be served on this 4th day of April 2008, by operation of the Court's Electronic Case Filing System, upon Filing Users registered in this case.

                                                         */s/ Allie Q. Beyer*

JOHNSON & BELL, LTD.
33 West Monroe, Suite 2700
Chicago, Illinois 60603-5404
Tel. 312 984 0226

1835726