## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

GSI Technologies, LLC

                               Plaintiff,

v.                                            Case No.: 1:08−cv−00901
                                                 Honorable David H. Coar

Tyco Electronics Corporation

                               Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 7, 2008:

        MINUTE entry before Judge Honorable David H. Coar:MOTION by Defendant Tyco Electronics Corporation for extension of time to Answer Plaintiff's Complaint [13] is granted. Defendant to answer or plead on or before 5/27/2008. This a final extension and there will be no further extensions, agreed or otherwise. Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.