IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GSI TECHNOLOGIES, LLC,      ) | |
| ) | |
| Plaintiff,      ) | |
| ) | No.  08 C 901 |
| v.      ) | |
| ) | Magistrate Judge Susan E. Cox (consent) |
| TYCO ELECTRONICS CORP.,      ) | |
| ) | |
| Defendant.      ) | |

## JOINT INITIAL STATUS REPORT

Plaintiff GSI Technologies, LLC ("GSI") and defendant Tyco Electronics Corporation ("Tyco"), by their respective attorneys, submit their initial status report, pursuant to the Court's Standing Order dated August 27, 2007 and the Court's April 4, 2008 instruction to Tyco's counsel.

1.     GSI's Complaint alleges that a surface mount technology machine assembly line that Tyco designed, fabricated, and sold to GSI did not function as specified and warranted. The Complaint states claims for breach of contract and breach of express and implied warranties. A courtesy copy of the Complaint (without exhibits) accompanies this report. Tyco has not yet filed its Answer to the Complaint, but denies that it breached any contract or express or implied warranties.

2.     The Complaint seeks in excess of $2,090,089.36 in actual damages and statutory damages as relief.

3.     Tyco's filed an agreed motion for an extension of time to file its answer, which this Court set for hearing on April 10, 2008.  However, on April 7, 2008, Judge Coar granted the motion, permitting Tyco to answer or otherwise plead by May 27, 2008.

4. Due to the Court's recent instruction to file this Report, the time frames set forth in the Standing Order with respect to discovery cut-off, trial dates and settlement demands and responses could not be complied with.

Respectfully submitted,

| GSI TECHNOLOGIES, LLC | TYCO ELECTRONICS CORPORATION |
|---|---|
| By: _____<br>One Of Its Attorneys | By: _____<br>One Of Its Attorneys |
| Kenneth S. GoodSmith<br>D. R. Edwards, of Counsel<br>Stephanie J. Synol<br>GOODSMITH GREGG & UNRUH LLP<br>150 South Wacker Drive<br>Suite 3150<br>Chicago, Illinois 60606<br>(312) 322-1981 | John W. Bell<br>Michael P. Siavelis<br>Richard R. Gordon<br>JOHNSON & BELL, LTD.<br>33 West Monroe Street<br>Suite 2700<br>Chicago, Illinois 60603<br>(312) 372-0770 |

## CERTIFICATE OF SERVICE

      I, Kenneth S. GoodSmith, an attorney, hereby certify under penalty of perjury that on March 10, 2008, I caused the attached Notice of Filing to be served upon counsel for defendant by depositing same, proper postage prepaid, in the United States Mail Box located at 150 S. Wacker Drive, Chicago, Illinois on February, 2006, before 5:00 p.m. addressed as follows:

John W. Bell
Richard R. Gordon
Johnson & Bell
33 West Monroe Street
Chicago, IL 60603

                                                                           Kenneth S. GoodSmith