UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

GSI Technologies, LLC

                        Plaintiff,

v.                                                         Case No.: 1:08−cv−00901
                                                            Honorable Susan E. Cox

Tyco Electronics Corporation

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 10, 2008:

      MINUTE entry before the Honorable Susan E. Cox: Agreed motion for extension of time to answer Plaintiff's Complaint [13] is granted. Defendant to answer or otherwise plead on or before 5/27/08. Parties are directed to conduct a discovery conference and submit a discovery plan which is to encompass a plan for electronic discovery. The Parties are to submit the discovery plan to the Court's proposed order box on the Court's web page at www.ilnd.uscourts.gov by 5/28/08 Mailed notice(vkd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.