UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

GSI Technologies, LLC
                               Plaintiff,
v.                                              Case No.: 1:08−cv−00901
                                                Honorable Susan E. Cox
Tyco Electronics Corporation
                               Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 4, 2008:

MINUTE entry before the Honorable Susan E. Cox: The parties having submitted their proposed discovery schedule, the following deadlines are entered: The Court will extend the time for deposition of certain witnesses after an initial seven hour session upon good cause shown. Fact discovery will close on 3/31/09. Status hearing set for 3/31/09 at 9:30 a.m. at which time a schedule for expert discovery will be set and dates for trial discussed. Mailed notice(vkd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.